No. 396. GAUSE *v.* DETROIT TRUST Co., RECEIVER. Appeal from the Supreme Court of Michigan. Argued February 10, 1936. Decided February 17, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal herein is granted, and the appeal is dismissed for reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it. *Bell Tele-*

*phone Co.* v. *Van Dyke,* 296 U. S. 533; *Enterprise Irrigation District* v. *Canal Co.,* 243 U. S. 157, 162, 165; *Hale* v. *Lewis,* 181 U. S. 473, 479, 480; *Eustis* v. *Bolles,* 150 U. S. 361, 368, 370. Messrs. *Henry B. Graves* and *Mark L. Rowley* for appellant. *Mr. Jason L. Honigman,* with whom Messrs. *Alex J. Groesbeck* and *A. W. Sempliner* were on the brief, for appellee.

No. —, original. EX PARTE O'DELL. February 17, 1936. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Henry C. O'Dell, pro se.*

